David L. Skelton, Trustee State Bar No. 96250
Rebecca E. Pennington State Bar No. 174488
**OFFICE OF THE CHAPTER 13 TRUSTEE**
402 West Broadway, Suite 1450
San Diego, CA 92101-8544
Telephone (619) 338-4006
Facsimile (619) 239-5242

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re: | ) | Case No. 23-00308-LT13 |
|---|---|---|
| | ) | Chapter 13 Case |
| BRANDON M REYNOLDS | ) | DATE: May 9, 2023 |
| KIMBERLY ANN REYNOLDS | ) | TIME: 10:00 AM |
| | ) | JUDGE: HON. LAURA S. TAYLOR |
| | ) | DEPT: 3 |
| | ) | TRUSTEE'S STATEMENT OF CASE STATUS |
| Debtors. | ) | |

  This Statement of Case Status is filed with the Court with respect to Trustee's Objection to Confirmation and Motion to Dismiss. Pending resolution of the following issues, objections remain:

1. The 341(a) Meeting has not been concluded and is set for a continued 341(a) Meeting on 5/26/232 at 2:00 p.m.

2. Trustee reserves his ability to object to Debtors' Plan up to 7 days after conclusion of the 341 Meeting as required by the Local Rules, *see* Local Rule 3015-5.

3. Debtor's Amended Plan which is the subject of this hearing does not resolve Trustee's preliminary objections which include but are not limited to:

    a. 122C requires a payment of over $3,700/month while 1st Amended Plan payment is $ 3,026/month (+674/month).

1

      b.  Debtors are paying for five vehicles in Schedule J at $3,212/month (2 BMWs incurred in 2022) and 2 of the children's vehicles (one 21 year old and one 15 year old).  See Schedule J, line 17.

Date:  April 13, 2023                                         /s/ Rebecca E. Pennington
                                                                                Attorney for Chapter 13 Trustee