TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

| | |
|---|---|
| Bankruptcy Case Name: | Brandon M Reynolds and Kimberly Ann Reynolds |
| Bankruptcy Number: | 23-00308-LT13 |
| Hearing: | 05/09/2023 10:00 AM |
| Motion: | MOTION FOR APPROVAL OF MODIFIED CHAPTER 13 PLAN (DATED 3/24/23) BEFORE CONFIRMATION FILED ON BEHALF OF BRANDON M REYNOLDS, KIMBERLY ANN REYNOLDS |

Continue to June 6, 2023, at 10:00 a.m. so matter is heard after conclusion of 341(a) meeting. The Trustee's time to object has not passed.